# United States District Court
## Northern District of Texas
*Dallas Division*

U.S. MARSHALS SERVICE
DALLAS OFFICE
2012 APR 13 AM 11: 39

UNITED STATES OF AMERICA

V.

JOSEPH GONZALEZ, III

CASE NUMBER: 3:12-cr-00045-M

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

JOSEPH GONZALEZ, III

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| Judge T. John Ward | 1/12/2007 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S. District Court, Northern District of Texas, Dallas Division

| Karen Mitchell, U.S. District Court Clerk | S/Thomas Drew (By) Deputy Clerk | Apr 12, 2012 Date |
|---|---|---|

## RETURN

Warrant received and executed.

Date Received: 4/24/12
Date Executed: 4/24/12

Executing Agency (Name and Address)

USMS 1100 Commerce St. Dallas TX 75242

Name: R. Ely  (By) JGarcia  Date: 4/24/12

USMS FID: 4300435